E-filing

1696

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Bloodsaw Theopric
et al.
                    Plaintiff,

vs.

Woodford J.S.
Sullenger L.
DeMeo P.
O'Donnell D.J.
                    Defendant.

CASE NO. CV 08 1696 JF

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

(PR)

I, Bloodsaw T., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.      Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS           - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _In the year of 2000 at San Quentin State Pri-_
5  _son I had no pay number. Prior to that I was_
6  _disable and homeless (ADA)._
7  2.     Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                  Yes ___ No ✓
10           self employment
11      b.   Income from stocks, bonds,               Yes ✓ No ___
12           or royalties?
13      c.   Rent payments?                           Yes ___ No ✓
14      d.   Pensions, annuities, or                  Yes ___ No ✓
15           life insurance payments?
16      e.   Federal or State welfare payments,       Yes ___ No ✓
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _$13.00 from my Aunt on 1-14-08 Serial No._
22  _200479669335_
23  3.     Are you married?                           Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.     a.   List amount you contribute to your spouse's support:$ _N/A_

     b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

*N/A*

5. Do you own or are you buying a home?    Yes \_\_\_\_  No ✓

Estimated Market Value: $_____  Amount of Mortgage: $_____

6. Do you own an automobile?    Yes \_\_\_\_  No ✓

Make _____ Year _____ Model _____

Is it financed? Yes _____ No _____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes \_\_\_\_ No ✓ (Do <u>not</u> include account numbers.)

Name(s) and address(es) of bank: _____

Present balance(s): $ _____

Do you own any cash? Yes \_\_\_\_ No ✓ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes \_\_\_\_ No ✓

8. What are your monthly expenses?

Rent: $ *N/A*     Utilities: *N/A*

Food: $ *N/A*     Clothing: *N/A*

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ✓ No ___

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

CV-00752-JF-550; C-07-4200-JF-550, U.S. Dist. Court, for the Northern Dist. of CA.

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

3-17-08                    T. Bloodsaw
DATE                       SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATION OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of <u>Theopric Kent Bloodsaw P20045</u> for the last six months at <u>Pelican Bay State Prison</u> where he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $0.98 and the average balance in the prisoner's account each month for the most recent 6-month period was $0.98.     (20%= $0.20)

Dated: 3/18/08                                      _____
                                                    Authorized officer of the institution



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 3-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
    TRUST OFFICE

Case Number: _____

# CERTIFICATE OF FUNDS

# IN

# PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____          _____
                            [Authorized officer of the institution]

```
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           PELICAN BAY STATE PRISON
                         INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                  FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 18, 2008

  ACCOUNT NUMBER : P20045                    BED/CELL NUMBER: ASUE0000000001L
  ACCOUNT NAME   : BLOODSAW, THEOPRIC KENT   ACCOUNT TYPE: I
  PRIVILEGE GROUP: D
                              TRUST ACCOUNT ACTIVITY
         TRAN
DATE     CODE  DESCRIPTION    COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE
------   ----  -----------   ---------   ---------   --------   -----------   -------

09/01/2007    BEGINNING BALANCE                                                  0.00

       ACTIVITY FOR 2008
01/14*DD30  CASH DEPOSIT    2981 #138                 5.85                       5.85
01/15 W516  LEGAL COPY CH   3013                                 1.90            3.95
01/17 W512  LEGAL POSTAGE   3049                                 0.20            3.75
01/17 W512  LEGAL POSTAGE   3049                                 1.31            2.44
01/22 W513  MISC. CHARGES   3121                                 0.20            2.24
01/31 W919  REVERSE LEGAL   3295/3049                            1.27-           3.51
01/31 W215  FEDERAL FILIN   3295 1/14                            1.17            2.34
01/31 W212  FEDERAL FILIN   3295 1/14                            1.17            1.17
01/31 W212  FEDERAL FILIN   3295 1/14                            1.17            0.00


                              CURRENT HOLDS IN EFFECT
   DATE          HOLD
   PLACED        CODE       DESCRIPTION              COMMENT         HOLD AMOUNT
 ----------      ----    -----------------------    ------------    -------------

 02/05/2008      H116    FEDERAL FILING FEE HOLD    3408 INI              0.30
 03/11/2008      H114    COPAY FEE, MED.            3990M03/03            5.00


                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/13/02                      CASE NUMBER: YA053506
COUNTY CODE: LA                               FINE AMOUNT: $    250.00

   DATE        TRANS.    DESCRIPTION                TRANS. AMT.       BALANCE
 --------      ------   ---------------------       -----------     ----------

 09/01/2007    BEGINNING BALANCE                                        240.00

 01/14/08      DR30     REST DED-CASH DEPOSIT          6.50-            233.50
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-18-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
TRUST OFFICE

```
REPORT ID: TS3030  .701                                              REPORT DATE: 03/18/08
                                                                     PAGE NO:        2
                              PELICAN BAY STATE PRISON
                              INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: SEP. 01, 2007 THRU MAR. 18, 2008

ACCT:  P20045      ACCT NAME: BLOODSAW, THEOPRIC KENT            ACCT TYPE: I

       * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
       * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *


                              TRUST ACCOUNT SUMMARY

  BEGINNING        TOTAL           TOTAL         CURRENT        HOLDS       TRANSACTIONS
   BALANCE        DEPOSITS       WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
 -----------    -----------    -------------   -----------   -----------   -------------
     0.00           5.85            5.85          0.00          5.30           0.00
```



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
           TRUST OFFICE

```
                                                                CURRENT
                                                               AVAILABLE
                                                                BALANCE
                                                              -----------
                                                                  5.30-
                                                              -----------
```

U - SAVE - EM

Bloodsaw - P20045 - ASU-E1

To The

Trust Account Office

NAME: BloodsAw Theeprie

PELICAN BAY STATE PRISON
5905 Lake Earl Dr
Crescent City CA 95532



02 1M
0004217666
MAILED FROM ZIPCODE 95531
$01.31°
MAR 24 2008
PITNEY BOWES
UNITED STATES POSTAGE

U.S. Northern Dist. of Ca.
U.S. Courthouse
450 Golden Gate Ave.
San Francisco, Ca. 94102-3483

RECEIVED
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA